| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**TODD FRIEDMAN SBN 216752**<br>Law Offices of Todd M. Friedman,PC<br>21031 Ventura Blvd. #340<br>Woodland Hills, CA 91364<br>ATTORNEY FOR   **Plaintiff** | TELEPHONE NUMBER<br>(323) 306-4236 | FOR COURT USE ONLY |
|---|---|---|
| SOUTHERN DISTRICT, NEW YORK<br>500 Pearl Street<br>New York, NY 10007 | | |
| SHORT TITLE OF CASE:<br>Payton, Jonathan v. Target Corporation | | |
| DATE:      TIME:      DEP./DIV. | | CASE NUMBER:<br>1:24-cv-08116-HG |
| **Declaration of Service** | | Ref. No. or File No: |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint**

On: **Target Corporation**

I served the summons at:

**1010 Dale St N  St Paul, MN 55117**

On: **12/6/2024**          Date:  **01:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Bob Gustafson  -  Authorized Legal Agent for CT Corporation System, Inc.**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Chris F. Martin**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **290.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Chris F. Martin            Date: **12/09/2024**