**KAZEROUNI LAW GROUP, APC**

48 Wall Street
Suite 1100
New York, New York 10005
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

December 10, 2024

**VIA ECF ONLY**

Hon. Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Payton v. Target Corporation
    **Case Number: 1:24-cv-08116-HG**

Dear Judge Gonzalez:

 We represent the plaintiff in the above-referenced matter. We write in response to the Court's Text Order issued on November 22, 2024, wherein the Court mandated that "Plaintiff shall file a letter no longer than three pages on or before December 13, 2024, describing Plaintiff's efforts to serve Plaintiff's complaint and a summons on Defendant."

 Please be advised that Plaintiff's process server duly served Target Corporation with the Summons and Complaint on December 6, 2024. Earlier today, we e-filed the Summons Returned Executed reflecting the same. *See* ECF No. [5].

 We thank the Court for its courtesies.

             Respectfully submitted,

             Ross H. Schmierer, Esq.